UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re Subpoenas in                        )
                                          )
    UNITED STATES OF AMERICA              )
    c/o United States Attorney            )
    555 4th Street, N.W.                  )
    Washington, DC 20530                  )
                                          )
              v.                       ) Misc. Action No.
                                          )
    TONY SHEFFIELD                        )
    c/o Michael Oppenheimer, Esq.         )
    Criminal Justice Clinic               )
    Georgetown Law Center                 )
    111 F Street, N.W.                    )
    Washington DC 20001                   )
                                          )
             Defendant.               )
                                          )
_____ )

## NOTICE OF REMOVAL OF SUBPOENAS

The United States Attorney, through the undersigned attorneys and on behalf of the Department of Interior ("Agency"), respectfully files this Notice Of Removal Of Subpoenas pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-15 (D.C. Cir. 1995) and Houston Business Journal, Inc. v. Office of the Comptroller of the Currency, 86 F.3d 1208, 1211 (D.C. Cir. 1996). In support of this notice, the Agency states as follows:

1. The Department of Interior has been issued subpoenas by counsel requesting an appearance at trial in a criminal case by Bernhardt, who is instructed to bring "any and all information regarding the function of surveillance cameras in the prisoner processing area and the cell block at the Park Police D3

substation including but not limited to the cameras functioning and recording on October 24, 2007 from 2 P.M. to 9 P.M. during the processing of Tony Sheffield" and "any and all internal regulations, protocols, and general orders regarding strip searches and searches of arrestees [sic] genital area including but not limited to where and when the searches shall be conducted and who shall be present during such search."  The subpoenas purport to call for the testimony and documents in the Superior Court of the District of Columbia in the matter of <u>United States v. Tony Sheffield</u>, Case No. 2007-CF2-24945.

    2.  A copy of the subpoenas, redacted pursuant to Local Civ. R. 5.4(f), is attached hereto.

    3.  The Department of Interior intends to move to quash, relying on federal law, upon the removal of this action.

    WHEREFORE, this action is properly removed from the Superior Court of the District of Columbia, to this Court, pursuant to 28 U.S.C. §§ 1442(a)(1), 1446; <u>Brown & Williamson Tobacco Corp. v. Williams</u>, supra; and <u>Houston Business Journal, Inc. v. Office of the Comptroller of the Currency</u>, supra.  The underlying criminal case is not being removed and shall remain in Superior Court.

                            Respectfully submitted,

                            JEFFREY A. TAYLOR, DC Bar #498610
                            United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice Of Removal Of Subpoenas and Notice Of filing Notice Of Removal has been made by mailing copies thereof to:

Michael Oppenheimer, Esq.
Criminal Justice Clinic
Georgetown Law Center
111 F Street N.W.
Washington DC 20001

on this 24th day of April, 2008.

*Diane M. Sullivan*
DIANE M. SULLIVAN
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7205

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>c/o United States Attorney<br>555 4th Street, N.W.<br>Washington, DC 20530<br><br>v.<br><br>TONY SHEFFIELD<br>c/o Michael Oppenheimer, Esq.<br>Criminal Justice Clinic<br>Georgetown Law Center<br>111 F Street N.W.<br>Washington DC 20001<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 2007-CF2-24945<br>)<br>) CTD 4/24/08<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>NOTICE OF FILING OF NOTICE OF REMOVAL OF SUBPOENAS</u>

PLEASE TAKE NOTE that on April 24, 2008, the United States Attorney for the District of Columbia filed with the clerk of the United States District Court for the District of Columbia a Notice Of Removal Of Subpoenas in the above captioned matter, pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, <u>Brown & Williamson Tobacco Corp.</u> v. <u>Williams</u>, 62 F.3d 408, 412-15 (D.C. Cir. 1995) and <u>Houston Business Journal, Inc.</u> v. <u>Office of the Comptroller of the Currency</u>, 86 F.3d 1208, 1211 (D.C. Cir. 1996). The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." <u>See</u> 28 U.S.C. §

1446(d). A copy of the Notice Of Removal Of Subpoenas (with attachment) is attached hereto.

Respectfully submitted,

*/s/ Jeffrey A. Taylor*
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

*/s/ Rudolph Contreras*
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

*/s/ Diane M. Sullivan*
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney

Georgetown Criminal Justice Clinic
(202) 662-9575
(202) 662-4224

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
### SUBPOENA In Forma Pauperis Duces Tecum

UNITED STATES
~~DISTRICT OF COLUMBIA~~

24945

Case No. 2007 CF2 ~~090~~

vs.

Tony Sheffield

To: David Burnhart, Solicitor, Department of the Interior
1849 C St. NW, Washington, DC 20240

**YOU ARE HEREBY COMMANDED:**

To appear before the Criminal Division room/courtroom **319** of the Superior Court of the District of Columbia, 500 Indiana Avenue/~~Judiciary Center, 555 Fourth Street~~, N.W., Washington, D.C. on the **24th** day of **April**, 20 **08**, at **9** (a.m.)/p.m. as a witness for **Tony Sheffield**

☑ and bring with you _Any and all information regarding the function of the surveillance cameras in the prisoner processing area and the cell block at the Park Police D3 Substation including but not limited to the cameras functioning and recording on October 24, 2007 from 3pm - 9pm during the processing of Tony Sheffield._

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this ____ day of _____, 20 ____

Officer in Charge _____  District _____

_[signature]_
Attorney for Government/Defendant

Clerk, Superior Court of the District of Columbia
_[signature and seal]_

Phone No. (202) 662-9581

| Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records. |
|---|
| Date _____  Judge _____ |

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

☑ I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

| Name and Title of Individual Served | Address (If different than shown above) |
|---|---|
| ARTHUR E. GARY ASSOCIATE SOLICITOR | |

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS."

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
| | 4/14/2008  2:05 pm |

| REMARKS: Subpoena will be withdrawn if the custodian of records voluntarily provides undersigned counsel with the documents before the date provided. | Signature of Title of Server _[signature]_ Daniel Bulino Daniel Bulino Investigator 662-9581 |
|---|---|

CD-107(Rev 06)                                              *U.S. GPO: 2000-520-515/54562

Angela's Criminal Justice Clinic
(202) 662-9575
(202) 662-4224

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
### SUBPOENA In Forma Pauperis Duces Tecum

UNITED STATES
DISTRICT OF COLUMBIA

vs.

Case No. 2007 CF2 24945

Tony Sheffield

To: David Burnhart, Solicitor, Department of the Interior
1849 C St NW, Washington, DC 20240

**YOU ARE HEREBY COMMANDED:**

To appear before the Criminal Division room/courtroom __319__ of the Superior Court of the District of Columbia, 500 Indiana Avenue/~~Judiciary Center, 555 Fourth Street~~, N.W., Washington, D.C. on the __24th__ day of __April__, 20__08__, at __9__ a.m./p.m. as a witness for __Tony Sheffield__

☑ and bring with you __Any and all internal regulations, protocols and general orders regarding strip searches and searches of an arrestee's genital area including but not limited to where and when such searches shall be conducted and who shall be present during such search.__

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this ____ day of _____, 20 ____.

Officer in Charge: _Michael Openheim_ (signature)

District: _____

Clerk, Superior Court of the District of Columbia

Attorney for Government/Defendant

Phone No. (202) 662-9581

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

Date _____  Judge _____

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

☑ I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

| Name and Title of Individual Served | Address (If different than shown above) |
|---|---|
| ARTHUR E. GARY  ASSOCIATE SOLICITOR | |

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS."

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
| | 4/14/2008  2:05pm |

REMARKS: Subpoena will be withdrawn if the custodian of records voluntarily provides ~~the~~ undersigned counsel with the documents before the date provided.

Signature of Title of Server: Daniel Gulino - Investigator 8624582 (signature: Daniel Audrino)