UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE SUBPOENA TO DAVID BERNHARDT | ) ) ) | Misc. Action No. 08-258 (ESH) |

## ORDER OF REFERRAL

It is hereby

**ORDERED** that this matter is referred to Magistrate Judge Deborah A. Robinson for all discovery disputes. On any filing related to discovery disputes, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Judge Deborah A. Robinson following the case number in the caption. On any other filings in this case, the parties shall only place the initials of Judge Ellen Segal Huvelle after the case number.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: April 28, 2008

cc:   Magistrate Judge Deborah A. Robinson