REFERRAL TO MAGISTRATE JUDGE

CATEGORY:

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO:<br>Misc. 08-258 | DATE REFERRED:<br>4/28/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Discovery Dispute | JUDGE:<br>Ellen Segal Huvelle | MAG. JUDGE<br>Deborah A. Robinson |
| PLAINTIFF(S):<br>In Re IN RE SUBPOENA TO DAVID BURNHART | | DEFENDANT(S): | | |

ENTRIES: