```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

In Re Subpoenas in                      )
                                        )
    UNITED STATES OF AMERICA        )
    c/o United States Attorney      )
    555 4th Street, N.W.            )
    Washington, DC  20530           )
                                        )
        v.                          )Misc. No. 08-0258(ESH/DAR)
                                        )
    TONY SHEFFIELD                  )
    c/o Michael Oppenheimer, Esq.   )
    Criminal Justice Clinic         )
    Georgetown Law Center           )
    111 F Street,N.W.               )
    Washington DC 20001             )
                                        )
               Defendant.       )
                                        )
_____)

## MOTION TO REMAND

The United States moves to remand this case to the Superior Court for the District of Columbia, Criminal Division. On April 24, 2008, the United States removed Mr. Sheffield's subpoenas to the federal court.

Subsequent to the removal action, Counsel for the United States determined that the <u>Touhy</u> regulations for the United States Park Police specifically exempt subpoenas issued by state tribunals for compliance with the regulation. <u>See</u> 43 C.F.R. § 2.80(c)(4). In light of the applicable CFR provision, this Court should remand the subpoenas back to the trial judge in <u>United States v. Tony Sheffield</u>, 2007-CF2-24945.

Counsel was unable to reach Mr. Sheffield's counsel prior to filing this motion. Counsel wanted to advise the Court promptly

in light of the status call scheduled for Thursday, May 22, 2008 at 10:00 A.M.

Wherefore, the United States respectfully requests that the subpoena matters be remanded to the Superior Court for the District of Columbia.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

__/s/_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Motion to Remand has been made by mailing and faxing a copy thereof to:

Michael Oppenheimer, Esq.
Criminal Justice Clinic
Georgetown Law Center
111 F Street N.W.
Washington DC 20001
Facsimile:  (202) 662-4224

on this 20th day of May, 2008.

                                                           /s/
                                          DIANE M. SULLIVAN
                                          Assistant United States Attorney
                                          555 4th Street, N.W.
                                          Civil Division
                                          Washington, DC  20530
                                          (202) 514-7205